a passenger an opportunity to alight in a reasonably safe place even though the passenger had alighted and had taken two or three steps before he was injured.

Judgment reversed and cause remanded.

Griffith and Gibson, JJ., concur.

Herbert J., concurs in the syllabus and judgment.

Taft, C. J., Zimmerman, O'Neill, JJ., concur in paragraphs two and three of the syllabus but dissent from the judgment.

38624. Leavers et al., appellants v. City of Canton et al., appellees. Appeal from the Court of Appeals for Stark County.

O'Neill, Judge.

An ordinance passed by a noncharter city in the exercise of its powers of local government and providing that employees of the city fire department must be retired when they reach the age of 65 years is at a variance with Section 143.27, Revised Code, and is, therefore, invalid under the provisions of Section 3, Article XVIII of the Ohio Constitution.

Judgment affirmed.

Taft, C. J., Zimmerman, Matthias, Griffith, Herbert and Gibson, JJ., concur.

Announced Tuesday, December 29

37465. The State of Ohio, appellee v. Joseph F. McLeod, appellant. Summit County. Appeal from the Court of Appeals. Judgment affirmed. Taft, C. J., Zimmerman, Matthias, Griffith and Herbert, JJ., concur. O'Neill and Gibson, JJ., dissent.

38168. In re Estate of Nellie Paich: Olga Hirschenberger, appellee v. Raymond E. Cookston, Admr., appellant. Cuyahoga County. Appeal from the Court of Appeals. Judgment reversed and cause remanded to Probate Court. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

38169. In re Estate of Nellie Paich: Michael A. Nagy, appellee v. Raymond E. Cookston, Admr., appellant. Cuyahoga County. Appeal from the Court of Appeals. Judgment reversed and cause remanded to Probate Court. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

38488. The State of Ohio, appellee v. Obie Gray, appellant. Hamilton County. Appeal from the Court of Appeals. Judgment reversed. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

38584. Susan M. Kane, a Minor, appellant v. Dolores A. Quigley, appellee. Cuyahoga County. Appeal from the Court of Appeals. Judgment affirmed. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith and Herbert, JJ., concur. Gibson, J., dissents.

38585. James R. Kane, Jr., a Minor, appellant v. Dolores A. Quigley, appellee. Cuyahoga County. Appeal from the Court of Appeals. Judgment affirmed. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith and Herbert, JJ., concur. Gibson, J., dissents.

38599. The State, ex rel. The Andersons, a Limited Partnership, appellant v. P. E. Masheter, Dir. of Hwys., appellee. Franklin County. Appeal from the Court of Appeals. Judgment affirmed. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith and Gibson, JJ., concur. Herbert, J., dissents.

38623. George Dietrich, appellant v. The Community Traction Co., appellee. Lucas County. Certified by the Court of Appeals. Judgment reversed and cause remanded. Matthias, Griffith, Herbert and Gibson, JJ., concur. Taft, C. J., Zimmerman and O'Neill, JJ., dissent.

38624. George L. Levers et al., appellants v. City of Canton et al., appellees. Stark County. Appeal from the Court of Appeals. Judgment affirmed. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

38638. Red Head Premium Co., appellant v. Louis J. Schneider, Jr., Tax Commr., appellee. Appeal from the Board of Tax Appeals. Decision affirmed. Zimmerman, Matthias, O'Neill, Herbert and Gibson, JJ., concur. Taft, C. J., and Griffith, J., dissent.

38939. R. S. Schoolroy et al., d. b. a. Red Head Premium Co., appellant v. Louis J. Schneider, Jr., Tax Commr., appellee. Appeal from the Board of Tax Appeals. Decision affirmed. Zimmerman, Matthias, O'Neill, Herbert and Gibson, JJ., concur. Taft, C. J., and Griffith, J., dissent.

38703. The State of Ohio, appellee v. Arlene Maynard, appellant. Franklin County. Certified by the Court of Appeals. Judgment affirmed. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith and Herbert, JJ., concur. Gibson, J., concurs in part.

38704. The State of Ohio, appellee v. Shirley Davis, appellant. Franklin County. Certified by the Court of Appeals. Judgment affirmed. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith and Herbert, JJ., concur. Gibson, J., concurs in part.

38705. The State of Ohio, appellee v. George Goldberg, appellant. Franklin County. Certified by the Court of Appeals. Judgment affirmed. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith and Herbert, JJ., concur. Gibson, J., concurs in part.

38706. The State of Ohio, appellee v.